# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14 CV 192

| | |
|---|---|
| CRYSTAL SHULER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| TOWN OF WAYNESVILLE, NC; ) | |
| CAPTAIN BRIAN BECK; and, ) | |
| LT. CHRIS CHANDLER, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Paul L. Bidwell's Application for Admission to Practice *Pro Hac Vice* of Matthew C. Billips. It appearing that Matthew C. Billips is a member in good standing with the State Bars of Tennessee and Georgia and will be appearing with Paul L. Bidwell, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Paul L. Bidwell's Application for Admission to Practice *Pro Hac Vice* (#3) of Matthew C. Billips is **GRANTED**,

and that Matthew C. Billips is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Paul L. Bidwell.

Signed: August 4, 2014

Dennis L. Howell
United States Magistrate Judge