IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv192

| | |
|---|---|
| CRYSTAL SHULER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    ORDER |
| | ) |
| TOWN OF WANYESVILLE, NC, et al., | ) |
| | ) |
|     Defendants. | ) |

Pending before the Court is the Motion to Stay [# 9]. Upon a review of the record, the Motion to Stay, and for good cause shown, the Court **GRANTS in part** the motion [# 9]. The Court **STAYS** these proceedings for forty-five (45) days from the entry of this Order. Prior to the expiration of the stay, the Court **DIRECTS** counsel for both sides to confer and determine whether an additional stay is necessary and whether an extension of the existing deadlines as set forth in the Pretrial Order is necessary. The Court will address at that time extending the deadlines or potentially entering a new Pretrial Order resetting all the deadlines in this case.

Signed: December 5, 2014

Dennis L. Howell
United States Magistrate Judge