**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv192**

| | |
|---|---|
| CRYSTAL SHULER, )<br>)<br>    **Plaintiff,**  )<br>)<br>v.    )<br>)<br>TOWN OF WANYESVILLE, NC, et al., )<br>)<br>    **Defendants.**  )<br>_____ ) | **ORDER** |

Previously the Court entered an Order staying these proceedings for forty-five (45) days. (Order, Dec. 5, 2014.) In its Order, the Court directed the parties as follows:

> Prior to the expiration of the stay, the Court **DIRECTS** counsel for both sides to confer and determine whether an additional stay is necessary and whether an extension of the existing deadlines as set forth in the Pretrial Order is necessary. The Court will address at that time extending the deadlines or potentially entering a new Pretrial Order resetting all the deadlines in this case.

(Id.)

Because the stay in this case has expired, neither party requested an additional stay, and neither party requested an extension of the existing deadlines set forth in the Pretrial Order, the Court **DIRECTS** the Clerk to formally **LIFT** the Stay of these proceedings. The parties shall abide by the deadlines as set forth in the Pretrial Order.

Signed: February 20, 2015

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge