IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv192

| | | |
|---|---|---|
| CRYSTAL SHULER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TOWN OF WANYESVILLE, NC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the Motion to Seal [# 15]. Upon a review of the record, the motion, and the relevant legal authority, the Court **GRANTS** the motion [# 15]. Exhibit A to Plaintiff's Motion for Extension of Time [# 14], docketed as Sealed Document: Explanation for Need to Extend Discovery [# 16], shall remain under seal with access restricted to the parties and their counsel until further Order of this Court.

Signed: June 2, 2015

Dennis L. Howell
United States Magistrate Judge